

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: *Pleze Robinson*

Pleze Robinson
(Please print)

STREET ADDRESS: 2320 S. 14th AVE

CITY/STATE/ZIP: Broadview, IL 60155

PHONE NUMBER: 708-681-8839

CASE NUMBER: —— **08CV3469**
**JUDGE ASPEN**
**MAGISTRATE JUDGE ASHMAN** ——

*Pleze Robinson*

_Pleze Robinson_
Signature

6-17-2008
Date

# FILED

JUN 1 7 2008 TC
Sun 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT