UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) **Pleze Robinson**

V.

Defendant(s) **Duraco Product Inc**

08CV3469
JUDGE ASPEN
MAGISTRATE JUDGE ASHMAN

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, **Pleze Robinson**, declare that I am the (check appropriate box) [✓] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: **I Pleze Robinson talk to Danny Windham attorney at law about my case and he want $16,000 up first.**

3. In further support of my motion, I declare that (check appropriate box):

   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

I declare under penalty that the foregoing is true and correct.

*Pleze Robinson*
Movant's Signature

2320 S-14th Ave
Street Address

6-17-2008
Date

Broadview, IL 60155
City, State, ZIP

FILED
JUN 17 2008 TC
Jun 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT