UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Pleze Robinson
                Plaintiff,

v.                                        Case No.: 1:08–cv–03469
                                                  Honorable Marvin E. Aspen

Duraco Products Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 15, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 8/15/08:Application of Jeremy Sosna to appear pro hac vice [10]on behalf of defendant Duranco Products, Inc. is granted. Motion terminated. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.